UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AFEEZ ABIOLA ALAO,**
   Petitioner,

v.                                        No. 4:25-cv-1023-P

**WARDEN, FMC FORT WORTH,**
   Respondent.

## OPINION AND ORDER

Came on for consideration the petition of Afeez Abiola Alao under 28 U.S.C. § 2241. The Court, having considered the petition, the response, the reply, the record, and applicable authorities, concludes that the petition must be **DENIED**.

Petitioner is serving a 75-month sentence for conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1349 & 1343, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. ECF No. 9 at App. 005–006. He contends that his convictions do not disqualify him from being awarded time credits under the First Step Act ("FSA") and that his judgment does not contain a finding of removability or final order of removal. ECF No. 1 at 1.

The FSA authorizes the Bureau of Prisons ("BOP") to grant time credits to eligible inmates. 18 U.S.C. § 3624(g). Calculation of time credits lies within the discretion of the BOP. 18 U.S.C. § 3624(b). "An eligible inmate . . . may earn FSA Time Credits for programming and activities in which he or she participated from December 21, 2018, until January 14, 2020," and "may earn FSA Time Credit if he or she is successfully participating in EBRR [Evidence-Based Recidivism Reduction] programs or PAs [Productive Activities] that the Bureau has recommended based on the inmate's individualized risk and needs assessment on or after January 15, 2020." 28 C.F.R. § 523.42(b). Depending on his or her status, an inmate may earn either ten or fifteen days' credit for every thirty-day period of successful participation in

EBRR Programs or PAs recommended. 28 C.F.R. § 523.42(c). Assuming the inmate meets the eligibility criteria set forth in 18 U.S.C. § 3632(g)(1), and has a term of supervised release to serve, the BOP may apply the credits to transfer the inmate to supervised release up to twelve months early. 18 U.S.C. § 3624(g)(3); 28 C.F.R. § 523.44(d). The FSA time credits are applied when the inmate has earned time credits in an amount that is equal to the remainder of his or her term of imprisonment. 18 U.S.C. § 3624(g)(1)(A).

Certain convictions disqualify inmates from earning FSA time credits. 18 U.S.C. § 3632(d)(4)(D). In addition, an inmate who is the subject of a final order of removal under any provision of the immigration laws is ineligible to apply time credits. 18 U.S.C. § 3632(d)(4)(E)(i); 28 C.F.R. § 523.44(a)(2). Petitioner has a final order of removal against him.[1] ECF No. 9, App. 021. Accordingly, he is not eligible for time credits.

**SO ORDERED** on this **6th day of January 2026.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

---

[1] He argues, but has not shown, that there is no final order of removal against him. Petitioner bears the burden of proof. *Villanueva v. Tate*, No. H-25-3364, 2025 WL 2774610, at *4 (S.D. Tex. Sept. 26, 2025).